**No. 62026.**—Livestock Sprayer Mfg. Co. *v.* United States, protest 317052–K (San Francisco).

Opinion by LAWRENCE, J. The protest was dismissed for lack of prosecution.

BEFORE THE THIRD DIVISION, MAY 28, 1958

**No. 62027.**—J. J. Hayes Company *v.* United States, protest 312799–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 62028.**—Noritake Co., Inc. *v.* United States, protest 314144–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 62029.**—Leviant & Company *v.* United States, protest 314631–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

MAY 28, 1958

**No. 62030.**—Manca, Inc. *v.* United States, protests 308918–K and 322110–K.— —Abstract 61917.
Plaintiff's application for rehearing granted.

MAY 26, 1958

**No. 62031.**—SUIT 4911.—United States *v.* F. W. Myers & Co., Inc.—

C. D. 1810 affirmed January 22, 1958. C. A. D. 671.

**No. 62032.**—SUIT 4948.—United States *v.* Swiss Manufactures Association, Inc., and Rohner, Gehrig & Co., Inc., et al.—

—C. D. 1933. (Appeal dismissed February 6, 1958.)

MAY 28, 1958

**No. 62033.**—SUIT 4919.—Marshall Field & Company *v.* United States.—

—C. D. 1853 reversed January 22, 1958. C. A. D. 676.